## Commonwealth *v.* Rodgers, Appellant.

Argued December 14, 1964. *Bernard J. Smolens,* with him *Irving R. Segal,* and *Schnader, Harrison, Segal & Lewis,* for appellant; *Stanley M. Shingles,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District At-

torney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.